IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESS RICO MARTINEZ, | ) | 1:06-CV-01074-AWI-WMW-P |
| Plaintiff, | ) | |
| vs. | ) | SECOND ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |
| SHERIFF ELECT BILL WHITMAN, et al., | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On September 15, 2006, the court ordered plaintiff to submit a new application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and a certified copy of his prison trust account statement within thirty days. Plaintiff advises the court he has had difficulty obtaining the requested documentation. Plaintiff will be provided an additional opportunity to comply with the court's order to submit a new application to proceed in forma pauperis and a certified copy of his trust account statement, **or** to pay the $350.00 filing fee.

It is ultimately plaintiff's responsibility to comply with the court's order by following institutional procedures or otherwise assuring that the court receives the required documents or the filing fee. Plaintiff is directed to provide a copy of this order to the prison trust office.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis, and two copies of this order. Plaintiff is to provide one copy to the prison trust office.

1

2. Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis and an original certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $350.00 filing fee for this action.

Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   November 1, 2006**            /s/  William M. Wunderlich
j14hj0                                    UNITED STATES MAGISTRATE JUDGE