UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESS RICO MARTINEZ, | ) | 1:06-CV-01074-AWI-WMW-P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT, OR PAY FILING FEE |
| v. | ) | |
| SHERIFF ELECT BILL WHITMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | (Doc. 15) |
| | ) | |
| | ) | ORDER DIRECTING CLERK TO SEND DOCUMENTS TO PLAINTIFF |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 29, 2006, plaintiff filed a motion for an extension of time to submit a new application to proceed in forma pauperis and a certified copy of his prison trust account statement, or in the alternative, to pay the $350.00 filing fee, pursuant to the court's order of November 2, 2006. Plaintiff also notes that he did not receive the enclosures expected to be sent with the court's order. The extension shall be granted, and the Clerk shall be directed to send the enclosures to plaintiff. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. The Clerk's Office is directed to send to plaintiff a form application to proceed in forma pauperis and two copies of this order. Plaintiff is to provide one copy to the prison trust office; and

2. Plaintiff is granted thirty days from the date of service of this order in which to submit a new application to proceed in forma pauperis and a certified copy of his prison trust

1 account statement, or in the alternative, to pay the $350.00 filing fee, pursuant to the
2 court's order of November 2, 2006.
3 IT IS SO ORDERED.
4 **Dated:     December 11, 2006**              **/s/  William M. Wunderlich**
  j14hj0                                        UNITED STATES MAGISTRATE JUDGE