UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESS RICO MARTINEZ, | ) | 1:06-CV-01074-AWI-WMW-P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING SECOND EXTENSION OF TIME TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT, OR PAY FILING FEE |
| v. | ) | |
| SHERIFF ELECT BILL WHITMAN, et al., | ) | |
| | ) | (Doc. 19) |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 22, 2007, plaintiff filed a motion for a second extension of time to submit a new application to proceed in forma pauperis and a certified copy of his prison trust account statement, or in the alternative, to pay the $350.00 filing fee, pursuant to the court's order of November 2, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to submit a new application to proceed in forma pauperis and a certified copy of his prison trust account statement, or in the alternative, to pay the $350.00 filing fee, pursuant to the court's order of November 2, 2006.

IT IS SO ORDERED.

**Dated:** **February 2, 2007**          **/s/ William M. Wunderlich**
j14hj0                                              UNITED STATES MAGISTRATE JUDGE