UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESS RICO MARTINEZ,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>SHERIFF ELECT BILL WHITMAN,<br>et al.,<br><br>　　　Defendants. | 1:06-CV-01074-AWI-WMW-P<br><br>ORDER GRANTING THIRD EXTENSION OF TIME TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT, OR PAY FILING FEE<br><br>(Doc. 22) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 8, 2007, plaintiff filed a notice of change of address and indicated that he would be unable to meet the court deadline to pay the filing fee for this action or submit a new application to proceed in forma pauperis, pursuant to the court's order of November 2, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to submit a new application to proceed in forma pauperis and a certified copy of his prison trust account statement, or in the alternative, to pay the $350.00 filing fee for this action, pursuant to the court's order of November 2, 2006.

IT IS SO ORDERED.

**Dated:   March 26, 2007**　　　　　　　/s/  William M. Wunderlich
j14hj0　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE