IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESS RICO MARTINEZ,

       Plaintiff,                    1:06 CV 1074 LJO WMW   PC

    vs.                             ORDER FINDING COMPLAINT
                                      STATES A COLORABLE CLAIM
                                      AND DIRECTING PLAINTIFF
                                      TO COMPLETE USM 285 FORMS

DEPUTY NATION,

       Defendant.

Plaintiff George T. Taitano ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on the July 21, 2008, amended complaint. The court has screened plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state cognizable claims for relief under 42 U.S.C. § 1983 against Defendant Nation for excessive force, in violation of the Fourth Amendment. Accordingly, it is HEREBY ORDERED that:

    1.    Service is appropriate for the following defendants:

           DEPUTY NATION

    2.    The Clerk of the Court shall send to plaintiff one USM-285 form, one summons, a

        Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed July 21, 2008.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Four (4) copies of the endorsed complaint filed August 11, 2003.

4. Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:**   **November 18, 2008**                    /s/  **William M. Wunderlich**
                                                                             UNITED STATES MAGISTRATE JUDGE